# DEVLIN LAW FIRM LLC

| | |
|---|---|
| 1220 North Market Street, Suite 850 | Tel.: (302) 449-9010 |
| Wilmington, Delaware 19801 | Fax: (302) 353-4251 |
| United States of America | www.devlinlawfirm.com |

August 15, 2014

The Honorable Richard G. Andrews
U.S. District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801-3570

Re:   Status of *Rydex Technologies, LLC v. Orpak USA Inc., et al.*
      C.A. No. 14-136-RGA

Dear Judge Andrews,

   Pursuant to the telephonic communication yesterday between Plaintiff Rydex and the Court's chambers, Rydex provides the following status update regarding the above-referenced litigation.  The parties have reached a resolution in principle, and expect to be able to file a stipulation of dismissal within one month.

                              Respectfully,


                              /s/ Timothy Devlin
                              Timothy Devlin (#4241)
                              tdevlin@devlinlawfirm.com
                              Attorneys for Plaintiff
                              Rydex Technologies, LLC


cc:   Clerk of Court (by e-filing)
      Kenneth L. Dorsney, Esquire (by e-filing)